# EXHIBIT B

ELECTRONICALLY FILED - 2025 Sep 17 3:19 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE, TENTH JUDICIAL CIRCUIT

**SOUTH CAROLINA GAMBLING RECOVERY LLC,**

Plaintiff(s),

vs.

**KALSHI INC., ET AL.,**

Defendant(s).

**Case No.: 2025CP3700563**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **09/08/2025** at **11:26 AM** to be served upon:

**ROBINHOOD DERIVATIVES, LLC**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX ss.

I, ROBERT DELACY, JR., depose and say that:

On **09/09/2025** at **3:46 PM**, I **SERVED** the within **SUMMONS & COMPLAINT** on **ROBINHOOD DERIVATIVES, LLC** at **C/O INCORPORATING SERVICES LTD 3500 S DUPONT HIGHWAY**, **Dover**, **DE 19901** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **MEGAN GONZALEZ** , **SOP SPACIALIST** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Hispanic** - Hair: **Black** - Approx. Age: **30-35** - Height: **5'3"** - Weight: **150**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this 17 day of Sept, 2025.

X______________________
**ROBERT DELACY, JR.**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Signed and sworn to before me on this 17 day of Sept, 2025.

______________________
Notary Public

GEORGE H COVERT II
MY COMMISSION EXPIRES Feb. 13, 2026
NOTARY PUBLIC STATE OF DELAWARE

Law Firm: SPERO LAW LLC
Atty File#: - Our File#: 487994

*487994*

ELECTRONICALLY FILED - 2025 Sep 17 3:19 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE, TENTH JUDICIAL CIRCUIT

**SOUTH CAROLINA GAMBLING RECOVERY LLC,**

Plaintiff(s),

vs.

**KALSHI INC., ET AL.,**

Defendant(s).

**Case No.: 2025CP3700563**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **09/08/2025** at **11:27 AM** to be served upon:

**ROBINHOOD MARKETS INC**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX ss.

I, ROBERT DELACY, JR., depose and say that:

On **09/09/2025** at **3:46 PM**, I **SERVED** the within **SUMMONS & COMPLAINT** on **ROBINHOOD MARKETS INC** at **C/O INCORPORATING SERVICES LTD 3500 S DUPONT HIGHWAY**, **Dover**, **DE 19901** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **MEGAN GONZALEZ** , **SOP SPACIALIST** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Hispanic** - Hair: **Black** - Approx. Age: **30-35** - Height: **5'3"** - Weight: **150**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this 17 day of Aug[illegible], 2025.

Signed and sworn to before me on this 17 day of Sept, 2025.

Notary Public

GEORGE H COVERT II
MY COMMISSION EXPIRES Feb. 13, 2026
NOTARY PUBLIC
STATE OF DELAWARE

X

**ROBERT DELACY, JR.**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Law Firm: SPERO LAW LLC
Atty File#: - Our File#: 487995

*487995*