IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

SOUTH CAROLINA GAMBLING RECOVERY LLC,

Plaintiff,

v.

KALSHI INC.; KALSHIEX LLC; KALSHI KLEAR INC.; KALSHI KLEAR LLC; KALSHI TRADING LLC; SUSQUEHANNA INTERNATIONAL GROUP, LLP; SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP; ROBINHOOD MARKETS, INC; ROBINHOOD DERIVATIVES, LLC; and WEBULL CORPORATION,

Defendants.

Civil Action No. __________

**RESPONSE OF DEFENDANTS ROBINHOOD DERIVATIVES, LLC AND ROBINHOOD MARKETS, INC. TO LOCAL RULE 26.01 INTERROGATORIES**

Pursuant to Local Rule 26.01, Defendants Robinhood Derivatives, LLC and Robinhood Markets, Inc. ("Defendants") hereby respond as follows:

**(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.**

**RESPONSE**: Defendants are not aware of any persons or legal entities who may have a subrogation interest in the claim asserted by Plaintiff.

**(B) As to each claim, state whether it should be tried jury or nonjury and why.**

**RESPONSE**: Plaintiff has demanded a jury trial on the sole claim in the complaint. Defendants intend to file a motion to dismiss and reserve the right to supplement this response as necessary.

**(C) State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

**RESPONSE:** Robinhood Derivatives, LLC is not a publicly owned company. Robinhood Derivative, LLC's sole member is Robinhood Markets, Inc., a publicly owned company. Robinhood Derivatives, LLC is not a parent of and does not own ten percent or more of any publicly owned company.

Robinhood Markets, Inc. is a publicly owned company that has no parent company. The Vanguard Group, Inc. owns more than ten percent of Robinhood Markets, Inc.'s stock. No other entity or individual owns more than ten percent of Robinhood Markets, Inc.'s stock. Robinhood Markets, Inc. is not a parent of and does not own ten percent or more of any publicly owned company.

**(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).** ***See*** **Local Civ. Rule 3.01 (D.S.C.).**

**RESPONSE**: Anderson is the appropriate division within the District of South Carolina because this action was removed to this Court from the South Carolina Court of Common Pleas for the Tenth Judicial Circuit. *See* 28 U.S.C. §§ 121(9), 1441(a), 1446(a); *see also* Local Civ. Rule 3.01(A) (D.S.C.).

**(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of**

**the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

**RESPONSE:** This case is not related to any other matter that is currently pending in this district.

**(F) [*Defendants only*.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

**RESPONSE:** Defendants Robinhood Derivatives, LLC and Robinhood Markets, Inc. are properly identified.

**(G) [*Defendants only*.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.**

**RESPONSE:** Defendants are not aware of any other person or legal entity that may be liable to Defendants, and Plaintiff has not identified in the complaint any other person or legal entity (other than Defendants' co-defendants) who may be liable to Plaintiff.

**(H) Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose**

**citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).**

**RESPONSE:** Defendants removed this action under 28 U.S.C. § 1331 and the Class Action Fairness Act, § 1332(d). Defendants did not remove under § 1332(a).

October 7, 2025

Respectfully submitted.

*/s/ Rivers S. Stilwell*

Rivers S. Stilwell (Federal Bar No. 6271)
Claire K. Atwood (Federal Bar No. 14466)
Maynard Nexsen PC
104 South Main Street, Suite 900
Greenville, SC 29601
Phone: (864) 370-2211
Fax: (864) 282-1177
RStilwell@maynardnexsen.com
CAtwood@maynardnexsen.com

Eugene Scalia*
Jonathan C. Bond*
Nick Harper*
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 530-9603
EScalia@gibsondunn.com
JBond@gibsondunn.com
NHarper@gibsondunn.com

**Pro hac vice applications forthcoming*

*Counsel for Defendants Robinhood Derivatives, LLC and Robinhood Markets, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, a true and accurate copy of the foregoing Local Civ. Rule 26.01 Interrogatory Responses was served by electronic mail on the following counsel of record:

Derek T. Ho
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M St., N.W., Ste. 400
Washington, DC 20036
dho@kellogghansen.com

Christopher Mills (S.C. Bar No. 101050)
Spero Law L.L.C.
557 East Bay St. #22251
Charleston, SC 29413
Tel: (843) 606-0640
cmills@spero.law

*Counsel for Plaintiff South Carolina Gambling Recovery LLC*

Respectfully submitted.

*/s/ Rivers S. Stilwell*
Rivers S. Stilwell