IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| SOUTH CAROLINA GAMBLING RECOVERY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KALSHI INC., KALSHIEX LLC, KALSHI KLEAR INC., KALSHI KLEAR LLC, KALSHI TRADING LLC, SUSQUEHANNA INTERNATIONAL GROUP, LLP, SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES, LLC, and WEBULL CORPORATION,<br><br>Defendants. | Case No. 8:25-cv-12859-BHH |
| SOUTH CAROLINA GAMBLING RECOVERY LLC,<br><br>Plaintiff,<br><br>v.<br><br>KALSHI INC., KALSHIEX LLC, KALSHI KLEAR INC., KALSHI KLEAR LLC, KALSHI TRADING LLC, SUSQUEHANNA INTERNATIONAL GROUP, LLP, SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES, LLC, and WEBULL CORPORATION,<br><br>Defendants. | Case No. 8:25-cv-12867-BHH |

**ORDER GRANTING DEFENDANTS' MOTION FOR CONSOLIDATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42**

Having reviewed Defendants' Consent Motion to Consolidate, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. *South Carolina Gambling Recovery LLC v. Kalshi, Inc., et al*., No. 8:25-cv-12859-BHH and *South Carolina Gambling Recovery LLC v. Kalshi, Inc., et al*., No. 8:25-cv-12867-BHH are hereby consolidated for all further proceedings and for all purposes, and all future pleadings, motions, memoranda, and other filings shall be filed solely in Civil Action No. 8:25-12859.

**IT IS SO ORDERED**.

s/ Bruce H. Hendricks
United States District Judge

October 10, 2025
Greenville, South Carolina