**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION**

SOUTH CAROLINA GAMBLING RECOVERY LLC,

      *Plaintiff*,

    v.

KALSHI INC., ET AL.,

      *Defendants*.

Civil Action No. 25-cv-12859-BHH

**PLAINTIFF'S RESPONSES TO LOCAL CIVIL RULE 26.01 (D.S.C.) INTERROGATORIES**

Plaintiff responds to the Interrogatories required by Rule 26.01 of the Local Civil Rules (D.S.C.) as follows:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE:  Plaintiff is unaware of any persons or legal entities that may have a subrogation interest.**

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:  The claim alleged in the Complaint should be tried by a jury, because Plaintiff has demanded a jury trial.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE:  Plaintiff is not a publicly owned company. No publicly owned company is its parent, subsidiary, partner or affiliate, or owns ten percent or more of its shares.**

**Plaintiff does not own ten percent or more of any publicly owned company's outstanding shares.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:  Anderson is an appropriate division because this action was removed to this Court from the South Carolina Court of Common Pleas for the Tenth Judicial Circuit.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases that may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:  Other than the consolidated case (No. 25-cv-12867-BHH), no.**

Respectfully submitted,

*/s/ Christopher Mills*

Christopher E. Mills (Fed. Bar No. 13432)
SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29413
Tel: (843) 606-0640
cmills@spero.law

*Counsel for Plaintiff*

October 28, 2025

2