**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION**

SOUTH CAROLINA GAMBLING
RECOVERY LLC,

      Plaintiff,

          v.

KALSHI INC. et al.,

      Defendants.

Case No. 8:25-cv-12859-BHH

**PLAINTIFF SOUTH CAROLINA'S GAMBLING RECOVERY LLC'S
<u>MOTION TO REMAND</u>**

PLEASE TAKE NOTICE that South Carolina Gambling Recovery LLC ("Plaintiff") will, upon Plaintiff's attached Memorandum of Law in Support of Remand, move this Court, at a date and time to be set by the Court, for an order:

1. Granting Plaintiff's motion to remand this matter to the Court of Common Pleas, County of Oconee, South Carolina, based on Defendants' improper removal, pursuant to 28 U.S.C. § 1447(c).

2. Granting just costs and actual expenses, including attorney fees, incurred by Plaintiff because of Defendants' improper removal, pursuant to 28 U.S.C. § 1447(c); and

3. Granting such other relief as the Court deems just and proper, pursuant to 28 U.S.C. § 1447(c) and the Court's inherent authority.

1

Date:  November 6, 2025                    Respectfully submitted,

_____
Derek T. Ho (*pro hac vice* pending)
Geoffrey J.H. Block (*pro hac vice* pending)
KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
gblock@kellogghansen.com

*/s/ Christopher Mills*
Christopher Mills
SPERO LAW LLC
557 East Bay Street #22251, Charleston, SC 29413
Tel: (843) 606-0640
cmills@spero.law

*Counsel for South Carolina Gambling Recovery LLC*

2