**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION**

SOUTH CAROLINA GAMBLING
RECOVERY LLC,

          Plaintiff,

          v.

KALSHI INC. et al.,

          Defendants.

Case No. 8:25-cv-12859-BHH

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS
ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES, LLC, AND
WEBULL CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Robinhood Markets, Inc., Robinhood Derivatives, LLC, and Webull Corporation.

Under Rule 41(a), "[a] plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." And because Plaintiff has not "previously dismissed any federal- or state-court action based on or including the same claim," it provides that "the dismissal is without prejudice." *Id.* 41(a)(1)(B). Courts in this District have recognized "that permitting a plaintiff to dismiss fewer than all of the named defendants is consistent with the purpose of Rule 41(a)(1)(A)(i)." *City of Warren Police & Fire Ret. Sys. v. SCANA Corp.*, 2019 WL 3780267, at *2 (D.S.C. Aug. 12, 2019).

Plaintiff notes that dismissal of Robinhood Markets, Inc., Robinhood Derivatives, LLC, and Webull Corporation will have no effect on Plaintiff's pending Motion to Remand (Dkt. No. 25) or Plaintiff's claims against the remaining defendants in this action.

Date:  May 22, 2026

Respectfully submitted,

Derek T. Ho (*pro hac vice*)
Geoffrey J.H. Block (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
gblock@kellogghansen.com

*/s/ Christopher Mills*
Christopher Mills
SPERO LAW LLC
557 East Bay Street #22251
Charleston, SC 29413
Tel: (843) 606-0640
cmills@spero.law

*Counsel for South Carolina Gambling
Recovery LLC*

2