**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| |
|---|
| South Carolina Gambling Recovery, LLC |
| Plaintiffs, |
| |
| vs. |
| |
| Kalshi Inc., Kalshiex LLC, Kalshi Klear Inc., Kalshi Klear LLC, Kalshi Trading LLC, Susquehanna International Group, LLP, Susquehanna Government Products, LLP, Robinhood Markets, Inc., Robinhood Derivatives, LLC, |
| Defendants. |

Civil Action No. 8:25-cv-12859-SAC

**ATTESTATION OF COMPLIANCE WITH**
**ORDER REGARDING REFERRALS TO UNITED STATES MAGISTRATE JUDGES**

The undersigned, Beattie B. Ashmore, hereby attests that he provided a copy of the Order Regarding Referrals to United States Magistrate Judges to his client(s) in the above-captioned case. He has advised his client(s) of the availability of consenting to disposition by a United States Magistrate Judge so that an informed decision may be made regarding whether to proceed before a District Judge or consent to disposition by a Magistrate Judge for all proceedings, including trail and entry of final judgment.

Dated this 24th day of July, 2026

Respectfully submitted,

/s/ Beattie B. Ashmore
Beattie B. Ashmore, #5215
Beattie B. Ashmore, P.A.
650 E. Washington Street
Greenville, SC 29601
Tel: 864-467-1001
Fax: 864-672-1406
Beattie@BeattieAshmore.com